IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RAPHAEL COLIN ETTIENNE, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )   Civil Action No. 2:12cv779-TMH |
| | ) |
| SCOTT HASSELL, | ) |
| | ) |
| Respondent. | ) |

## ORDER

The Magistrate Judge entered a Recommendation (Doc. 3) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the court finds that the Recommendation should be adopted. Accordingly, it is

ORDERED that the Recommendation (Doc. 3) of the Magistrate Judge is ADOPTED and this case is TRANSFERRED to the United States District Court for the Northern District of Alabama for all further proceedings.

Done this 30th day of October, 2012.

    /s/ Truman M. Hobbs
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE